**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6585**

DONALD PARKER,

       Plaintiff - Appellant,

    v.

PORTSMOUTH CITY POLICE DEPARTMENT; RENADO PRINCE; STEPHEN
JENKINS,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:23-cv-00600-JAG-MRC)

Submitted:  September 19, 2024                      Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Parker v. Portsmouth City Police Dep't*, No. 3:23-cv-00600-JAG-MRC (E.D. Va. May 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*